UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADOLFO CORTEZ TRINIDAD, *et al.*, <br><br>   Petitioners, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br>   Respondents. | Case No. C25-2246-RAJ-MLP <br><br> ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE AND ISSUE EXPEDITED BRIEFING SCHEDULE |

This is a 28 U.S.C. § 2241 habeas action. Petitioners seek an expedited briefing schedule under 28 U.S.C. § 2243, requesting a return within seven days and a response four days thereafter. (Dkt. # 2.) Courts have discretion in setting the briefing schedule for a § 2241 habeas petition and consider the individual circumstances of each case when determining appropriate deadlines. *See Clutchette v. Rushen*, 770 F.2d 1469, 1474-75 (9th Cir. 1985). Having considered Petitioners' Motion (dkt. # 2), the Court finds a basis to expedite this matter. *See*, *e.g.*, *Kumar v. Wamsley*, 2025 WL 2677089, at *3 (W.D. Wash. Sept. 17, 2025); *Ramirez Tesara v. Wamsley*, 2025 WL 2637663, at *3 (W.D. Wash. Sept. 12, 2025); *E.A. T.-B. v. Wamsley*, 2025 WL 2402130, at *5 (W.D. Wash. Aug. 19, 2025).

Accordingly, the Court hereby finds and ORDERS:

(1) Petitioners' Motion for Order to Show Cause and Issue Expedited Briefing Schedule (dkt. # 2) is GRANTED.

(2) The Clerk is directed to immediately effectuate service of the habeas petition (dkt. # 1) upon Respondents and email a copy of this Order to usawaw.Habeas@usdoj.gov.

(3) Respondents shall respond to the habeas petition by **November 20, 2025**. Any reply must be filed by **November 24, 2025**.

(4) The Clerk shall note this matter for consideration on **November 24, 2025**.

(5) Respondents shall not transfer Petitioners out of this district until the Court renders a final judgment on the habeas petition

(6) The parties have a right to consent to have the case heard by the undersigned Magistrate Judge. Consent is voluntary. Counsel for the parties are directed to indicate whether they consent or decline consent by no later than **November 20, 2025**, by emailing Deputy Tim Farrell at tim_farrell@wawd.uscourts.gov. If the parties consent, the undersigned Magistrate Judge will preside over the entire case through judgment. If the parties decline, the case will remain assigned to the Honorable Richard A. Jones and referred to the undersigned Magistrate Judge.

(7) The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 13th day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING EX PARTE MOTION FOR
ORDER TO SHOW CAUSE AND ISSUE
EXPEDITED BRIEFING SCHEDULE - 2